IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Safstor Real Estate | , : | CIVIL ACTION : |
| v. | : : : | |
| 4890 Summerdale et al | : : | No. 19-1065 |

AMENDED ORDER

A Settlement Conference in the above-captioned case will be held on December16, 2019 at 10:30am before the Honorable Linda K. Caracappa, United States Magistrate Judge, in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

The Court assumes that settlement of this case is a real possibility, and the Court has set aside the entire day for this conference. Parties are to remain present until expressly released by the Court.

**Counsel and litigants appearing at the settlement conference held December 3, 2019 shall be on call only and available by telephone.**

Counsel are further directed to complete the enclosed Settlement Conference Summary to be faxed or mailed to Chambers on or December 12, 2019. .

The Settlement Conference Summary comes as an attachment to this Order for ECF subscribers.

BY THE COURT:

DATE: December 5, 2019

s/l caracappa

_____
HON. LINDA K. CARACAPPA
267-299-7640/ 267-299-5075 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
|  | : | No. |

## SETTLEMENT CONFERENCE SUMMARY

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:** _____

**Address:** _____

**Phone:** _____

**Client:** _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority
who will be present at the settlement conference:** _____

**MOTIONS PENDING:**

_____

_____

_____

**STATUS OF DISCOVERY:**

_____

_____

**OTHER RELEVANT MATTERS:**

**PRIOR OFFERS/DEMANDS:**

**ATTACH SYNOPSIS OF CASE IDENTIFY:**

**1) CAUSES OF ACTION 2) PROOFS OF SAME, AND 3) ITEMIZATION AND PROOF OF DAMAGES CLAIMED. COUNSEL SHOULD ALSO INCLUDE ANY OTHER INFORMATION THAT WOULD BE HELPFUL TO THE COURT IN EVALUATING THIS MATTER.**